# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 2589 | **DATE** | 3/16/2004 |
| **CASE TITLE** | JOYCE B. WHALEY vs. SHAPIRO & KREISMAN, LLC | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MEMORANDUM OPINION AND ORDER

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion And Order. Plaintiff seeks to file an amended complaint, and defendant objects. Plaintiff is granted leave to file an amended complaint including Count I but not Count II.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | number of notices | **Document Number** |
| | Notices mailed by judge's staff. | **MAR 17 2004** | |
| | Notified counsel by telephone. | date docketed | |
| ✓ | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | 33 |
| | Copy to judge/magistrate judge. | | |
| LG | courtroom deputy's initials | date mailed notice | |
| | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOYCE B. WHALEY, )
)
      Plaintiff, )
)
vs. ) No. 03 C 2589
)
SHAPIRO & KREISMAN, LLC, )
)
      Defendant. )

DOCKETED
MAR 1 7 2004

## MEMORANDUM OPINION AND ORDER

Plaintiff seeks to file an amended complaint, and defendant objects. Plaintiff is granted leave to file an amended complaint including Count I but not Count II.

In Count I plaintiff alleges, in effect, that defendant seeks, in payout letters, attorneys' fees that are unreasonable. If so, then the amounts sought would appear to be misleading because they are not justified by the contractual agreement. We fail to see, however, the logic of Count II. If the fees are reasonable and thus permitted by the agreement, the fact that they were set by the defendant does not make them imprecise. Defendant is precise in what it claims. As we have previously ruled, defendant is entitled to recover reasonable attorneys' fees and it does not need a prior court determination of what it can collect, so long as what it seeks is reasonable.

                                                              JAMES B. MORAN
                                                       Senior Judge, U. S. District Court

March 16, 2004.